# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>Board of Trustees of the Plumbers Local Union No. 93 U.A. et al.<br>vs.<br>Boston Mechanical, Inc. | Case Number:<br>FILED: JUNE 27, 2008<br>08CV 3688<br>JUDGE CASTILLO<br>MAGISTRATE JUDGE COX<br>EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Board of Trustees of the Plumbers Local Union No. 93 U.A.; Board of Trustees of the Plumbers Local Union No. 93 U.A. Retirement Account Fund; Board of Trustees of the Plumbers Local Union No. 93 U.A. Pension Fund; Board of Trustees of the Plumbers Local Union No. 93 U.A. Health and Welfare Fund; Board of Trustees of the Joint Apprenticeship Committe Fund of the Plumbing & Heating Industry of Lake and McHenry Counties; and The Industry Advancement Fund

| |
|---|
| NAME (Type or print)<br>Joseph E. Mallon |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Joseph E. Mallon |
| FIRM<br>Johnson & Krol, LLC |
| STREET ADDRESS<br>208 South LaSalle Street, Suite 1602 |
| CITY/STATE/ZIP<br>Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6280529 | TELEPHONE NUMBER<br>312-372-8587 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐