## *United States District Court for the Northern District of Illinois*

Case Number: 08CV3688                 Assigned/Issued  By: DAJ

Judge Name: CASTILLO                 Designated Magistrate Judge: COX

---

### FEE INFORMATION

**Amount Due:**  ☑ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                 Receipt #: 2893962

Date Payment Rec'd: 06/27/08                 Fiscal Clerk: DAJ

---

### ISSUANCES

☑ Summons                 ☐ Alias Summons

☐ Third Party Summons                 ☐ Lis Pendens

☐ Non Wage Garnishment Summons                 ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons                 _____

☐ Citation to Discover Assets                 (Victim, Against and $ Amount)

☐ Writ _____
(Type of Writ)

1 Original and 0 copies on 06/27/08 as to DEF.
(Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05