AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

Board of Trustees of the Plumbers
Local Union No. 93 U.A. et al.

V.

Boston Mechanical, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

08CV 3688
JUDGE CASTILLO
MAGISTRATE JUDGE COX
EDA

TO: (Name and address of Defendant)

Boston Mechanical, Inc.
c/o Patrick Boston
36203 North Falcon Drive
Ingleside, IL 60041

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph E. Mallon
Johnson & Krol, LLC
208 South LaSalle Street, Suite 1602
Chicago, IL 60604
(312) 372-8587

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

*Esperanza Armstead*
(By) DEPUTY CLERK

June 27, 2008
Date



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 93 U.A., ET AL<br><br>PLAINTIFF(S)<br><br>vs.<br><br>BOSTON MECHANICAL, INC.<br><br>DEFENDANT(S) | Case No.<br>**08 CV 3688**<br><br>SERVICE DOCUMENTS:<br>**SUMMONS & COMPLAINT (REVISED); ORDER TO SUMBIT TO AN AUDIT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jul 17, 2008**, at **4:42 AM**, I served the above described documents upon **BOSTON MECHANICAL, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **PATRICK BOSTON / PRESIDENT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **36203 N. FALCON DR., INGLESIDE, IL 60041**.

**DESCRIPTION:** Gender: **M**   Race: **WHITE**   Age: **42**   Hgt: **5'10"**   Wgt: **200**   Hair: **BLACK**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

_/s/ Katy Cartier_

**Katy E Cartier**, Lic #: 117-001119
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 18th day of July, 2008

_Joan C. Harenberg_
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

CLIENT NAME:
Johnson & Krol, LLC*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
39780