UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Plumbers Local Union No. 93 U.A., et al.
                                        Plaintiff,

v.                                      Case No.: 1:08−cv−03688
                                        Honorable Ruben Castillo

Boston Mechanical, Inc.
                                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 14, 2008:

    MINUTE entry before the Honorable Ruben Castillo:After a careful review of this recently filed complaint, the Court orders that defendant Boston Mechanical, Inc. submit to an audit by plaintiffs for the time period January 1, 2005 to the present to determine its full liability in this case. Plaintiffs should immediately proceed with service of the complaint and this order and fully exhaust all settlement possibilities for this case. Defendant will be given a full opportunity to contest liability or damages after the audit is completed. Defendant should timely answer or otherwise plead to the complaint. This case is hereby administratively dismissed without prejudice. The Court will retain jurisdiction to enforce this order and enter any appropriate final judgment.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 93 U.A., ET AL<br><br>PLAINTIFF(S)<br><br>vs.<br><br>BOSTON MECHANICAL, INC.<br><br>DEFENDANT(S) | Case No.<br>**08 CV 3688**<br><br>SERVICE DOCUMENTS:<br>**SUMMONS & COMPLAINT (REVISED); ORDER TO SUMBIT TO AN AUDIT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jul 17, 2008**, at **4:42 AM**, I served the above described documents upon **BOSTON MECHANICAL, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **PATRICK BOSTON / PRESIDENT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **36203 N. FALCON DR., INGLESIDE, IL 60041.**

**DESCRIPTION:** Gender: **M**  Race: **WHITE**  Age: **42**  Hgt: **5'10"**  Wgt: **200**  Hair: **BLACK**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

_Katy Cat_ (signature)

**Katy E Cartier**, Lic #: 117-001119
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 18th day of July, 2008

_Joan C. Harenberg_ (signature)
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

| | | |
|---|---|---|
| CLIENT NAME:<br>Johnson & Krol, LLC*<br>FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING #<br>39780 |